NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TJ BIOTECH, LLC,**
*Plaintiff-Appellant*

**v.**

**AGROSOURCE, INC.,**
*Defendant-Appellee*

---

2026-1204

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:25-cv-81008-RS, Judge Rodney Smith.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeal is reactivated and dismissed.

2                                    TJ BIOTECH, LLC v. AGROSOURCE, INC.


   (2)  Each side shall bear its own costs.

                                              FOR THE COURT



February 4, 2026                      Jarrett B. Perlow
     Date                              Clerk of Court


ISSUED AS A MANDATE:  February 4, 2026